1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055
4
5  Attorney for Defendant
   FRANCISCO MORALES-RODRIGUEZ
6
7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANCISCO MORALES-RODRIGUEZ,<br><br>    Defendant. | Case No.: 09cr088 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   June 23, 2009<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Daniel McConkie, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant FRANCISCO MORALES-RODRIGUEZ, that the status conference scheduled for June 23, 2009, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on August 18, 2009, at 9:30 a.m. for further status conference. Defense counsel seeks additional time to prepare and confer with his client.

   IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

09cr88.o.622.doc                    - 1 -
06/22/09

PDF created with pdfFactory trial version www.pdffactory.com

DATED: June 22, 2009  /S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Defendant
Francisco Morales-Rodriguez


/S/   Daniel McConkie
DANIEL McCONKIE
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 23, 2009, at 9:30 a.m., be vacated and the matter continued to August 18, 2009, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 22nd day of June, 2009

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com