1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  FRANCISCO MORALES-RODRIGUEZ

6              IN THE UNITED STATES DISTRICT COURT
7              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,         Case No.: 09-088 JAM
10
                Plaintiff,           STIPULATION AND ORDER
11                                   VACATING DATE, CONTINUING
12      v.                           CASE, AND EXCLUDING TIME

13 FRANCISCO MORALES-RODRIGUEZ,      DATE:   August 18, 2009
14                                   TIME:   9:30 a.m.
                Defendant.           JUDGE:  Hon. John A. Mendez
15

16

17      IT IS HEREBY STIPULATED by and between Assistant United States Attorney Daniel
18 McConkie, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for
19 Defendant FRANCISCO MORALES-RODRIGUEZ, that the status conference
20 scheduled for August 18, 2009, at 9:30 a.m., be vacated and the matter continued to this
21 Court's criminal calendar on October 6, 2009, at 9:30 a.m. for further status conference.
22 Defense counsel seeks additional time to prepare and confer with his client.
23      IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
24 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv),
25 (Local code T-4), and that the ends of justice served in granting the continuance and
26 allowing the defendants further time to prepare outweigh the best interests of the public
27 and the defendant to a speedy trial.
28

09cr88.o.814.doc                    - 1 -
08/14/09

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: August 14, 2009 | /S/     Clemente M. Jiménez_____<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Defendant<br>Francisco Morales-Rodriguez |
| | /S/     Daniel McConkie_____<br>DANIEL McCONKIE<br>Attorney for Plaintiff |

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for August 18, 2009, at 9:30 a.m., be vacated and the matter continued to October 6, 2009, at 9:30 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 14th day of August, 2009

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com