BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00088 WBS |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| FRANCISCO MORALES-RODRIGUEZ, | ) | |
| Defendant. | ) | |

Based upon the guilty verdicts and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Francisco Morales-Rodriguez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Francisco Morales-Rodriguez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) Remington, model 1100 shotgun, serial number N539342V.

2. The above-listed property is a firearm that was involved or

1  used in the knowing commission of a violation of 18 U.S.C. §
2  922(g)(1).
3      3.  Pursuant to Rule 32.2(b), the Attorney General (or a
4  designee) shall be authorized to seize the above-listed property.
5  The aforementioned property shall be seized and held by the U. S.
6  Marshals Service, in its secure custody and control.
7      4.  a.  Pursuant to 28 U.S.C. § 2461(c), incorporating  21
8  U.S.C. § 853(n), and Local Rule 171, the United States shall publish
9  notice of the order of forfeiture.  Notice of this Order and notice
10 of the Attorney General's (or a designee's) intent to dispose of the
11 property in such manner as the Attorney General may direct shall be
12 posted for at least 30 consecutive days on the official internet
13 government forfeiture site www.forfeiture.gov.  The United States
14 may also, to the extent practicable, provide direct written notice
15 to any person known to have alleged an interest in the property that
16 is the subject of the order of forfeiture as a substitute for
17 published notice as to those persons so notified.
18         b.  This notice shall state that any person, other than
19 the defendant, asserting a legal interest in the above-listed
20 property, must file a petition with the Court within sixty (60) days
21 from the first day of publication of the Notice of Forfeiture posted
22 on the official government forfeiture site, or within thirty (30)
23 days from receipt of direct written notice, whichever is earlier.
24     5.  If a petition is timely filed, upon adjudication of all
25 third-party interests, if any, this Court will enter a Final Order
26 ///
27 ///
28

of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

    SO ORDERED this <u>20th</u> day of <u>April</u>, 2010.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE