KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California  95818
Telephone: (916) 498-8398

Attorney for Appellant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) | Case No. Cr.S. 09-088 WBS |
|---|---|---|
| Plaintiff/Appellee, | ) | |
| v. | ) | **APPOINTMENT OF COUNSEL** |
| FRANCISCO MORALES-RODRIGUEZ, | ) | |
| Defendant/Appellant. | ) | |

On May 20, 2009, Magistrate Judge Gregory G. Hollows found defendant Morales-Rodriguez was indigent and entitled to appointed counsel.  The defendant had court-appointed counsel during the entire proceedings in the district court.  The District Court relieved CJA appointed counsel Clemente Jimenez on May 17, 2010.  Defendant remained in custody during the case and is still indigent and entitled to court appointed counsel.

**GOOD CAUSE APPEARING** attorney Krista Hart is appointed pursuant to the Criminal Justice Act to represent defendant/appellant Francisco Morales-Rodriguez on the appeal.

DATED:  May 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE