KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California  95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Francisco Morales-Rodriguez

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 09-088 WBS |
| Plaintiff, | |
| v. | ORDER |
| FRANCISCO MORALES-RODRIGUEZ, | |
| Defendant. | |

**GOOD CAUSE APPEARING** the status conference currently set for January 9, 2012, is vacated and reset to January 30, 2012 at 9:30 a.m. The parties will file papers by January 17, 2012, which will determine whether the hearing on January 30, 2012, is for a change of plea or to determine the appropriate procedure to follow at a future hearing.

DATED:  January 9, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE