BENJAMIN B. WAGNER
United States Attorney
DANIEL S. MCCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00088-WBS |
| | ) | |
| Plaintiff, | ) | *AMENDED* FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO MORALES-RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about February 7, 2012, this Court entered an *Amended* Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the guilty verdicts and the *Amended* Application for Preliminary Order of Forfeiture entered into between plaintiff and defendant Francisco Morales-Rodriguez forfeiting to the United States the following property:

      a)    Remington, model 1100 shotgun, serial number N539342V.

AND WHEREAS, beginning on February 9, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States of America has sent direct written notice by certified mail to Lucia Neves and Mary Neves.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  An *Amended* Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Francisco Morales-Rodriguez.

2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.  The U. S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 12th day of October, 2012.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE