HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FRANCISCO MORALES-RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO MORALES-RODRIGUEZ,<br><br>　　　　　　Defendant. | No.  Cr. S 2:09-cr-88 WBS<br><br>*AMENDED* STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM B. SHUBB |

　　　　Defendant, FRANCISCO MORALES-RODRIGUEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On July 9, 2012, this Court sentenced Mr. Morales-Rodriguez to a total term of 120 months imprisonment, comprised of 120 months on Count 1 (a violation of 18 U.S.C. § 841(a)(1)) and 110 months on Count 2 (a violation of 18 U.S.C. § 922(g)(1)), to be served concurrently;

3. His adjusted total offense level as to both offenses was 28, his criminal history category was IV, and the resulting guideline range was 120 to 137 months;

4. As to the drug offense, Mr. Morales-Rodriguez is subject to a mandatory minimum sentence of 60 months[1];

4. The sentencing range applicable to Mr. Morales-Rodriguez was also lowered by the Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Morales-Rodriguez' total adjusted offense level as to both offenses has been reduced from 28 to 26, and his amended guideline range is 92 to 115 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Morales-Rodriguez' term of imprisonment to 92 months imprisonment, comprised of 92 months on each of Counts 1 and 2, to be served concurrently.

Respectfully submitted,

Dated:  January 12, 2016

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 12, 2016

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
FRANCISCO MORALES-RODRIGUEZ

---

[1] The PSR cites the statutory mandatory minimum as 120 months, but the plea agreement signed by the parties states that the mandatory minimum is 60 months, for Count 1 of the Superseding Indictment (possession of at least five grams of methamphetamine with intent to distribute). *See* Exhibit A at 1, 6.

Stipulation and Order Re: Sentence Reduction            2

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Morales-Rodriguez is entitled to the benefit of Amendment 782, which reduces the adjusted total offense level as to both counts from 28 to 26, resulting in an amended guideline range of 92 to 110 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2012 is reduced to a term of 92 months on each of Counts 1 and 2, to be served concurrently.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Morales-Rodriguez shall report to the United States Probation Office within seventy-two hours after his release.

Dated: January 26, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE