AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:09-cr-00088-WBS   Document 107   Filed 01/26/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.
FRANCISCO MORALES-RODRIGUEZ

Case No: 2:09CR00088-01 WBS

USM No: 14027-298

Date of Original Judgment: 5/17/2010
Date of Previous Amended Judgment: 7/9/2012
*(Use Date of Last Amended Judgment if Any)*

Hannah Labaree, Asst. Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 120 months on Count 1; and 110 months on Count 2, to be served concurrently for a total term of 120 months **is reduced to** 92 months on Count 1; and 92 months on Count 2, to be served concurrently for a total term of 92 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 7/12/2012 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: January 26, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: _____
*(if different from order date)*

William B. Shubb, U.S. District Court Judge
*Printed name and title*